LITTLER MENDELSON, P.C.
BREN K. THOMAS, Bar No. 156226
ALLISON K. PIERCE, Bar No. 252049
5200 North Palm Ave., Suite 302
Fresno, California 93704.2225
Telephone:  559.244.7500
Facsimile:   559.244.7525
bkthomas@littler.com
apierce@littler.com

Attorneys for Defendant
ASTRAZENECA LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KATHERINE COZAD, an individual, residing in California,<br><br>              Plaintiff,<br><br>v.<br><br>ASTRAZENECA LP, a Delaware Limited Partnership, registered to do business in California; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.  1:14-cv-02049-SKO<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF EXPERT DISCLOSURE AND DISCOVERY DATES**<br><br>Magistrate Judge:  Sheila K. Oberto<br><br>Trial Date:    October 25, 2016 |

**IT IS HEREBY STIPULATED** by and between Plaintiff KATHERINE COZAD ("Plaintiff") on the one hand, and Defendant ASTRAZENECA LP ("Defendant") on the other hand, through their respective counsel, that the following dates pertaining to expert disclosure and expert discovery deadlines be modified as follows:

   1.    The Expert Disclosure date be continued from May 13, 2016 to June 30, 2016;

   2.    The Supplemental Expert Disclosure date be continued from June 14, 2016 to July 5, 2016.

   3.    The Expert Discovery deadline be continued from July 8, 2016 to July 29,

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIP. AND ORDER RE MODIFICATION OF EXPERT DISCLOSURE AND DISCOVERY DATES

Case No.  1:14-cv-02049-SKO

2016.

**IT IS FURTHER STIPULATED** that good cause exists for the modification of these deadlines as the parties have been diligently engaged in in discovery and require additional time to engage in and complete expert discovery.

**SO STIPULATED.**

Dated:  May 12, 2016                    SUTTON HAGUE LAW CORPORATION

By:/s/ S. Brett Sutton
S. BRETT SUTTON
Attorneys for Plaintiff
KATHERINE COZAD

Dated:  May 12, 2016                    LITTLER MENDELSON, P.C.

By:/s/Allison K. Pierce
BREN K. THOMAS
ALLISON K. PIERCE
Attorneys for Defendant
ASTRAZENECA LP

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

STIP. AND ORDER RE MODIFICATION OF EXPERT DISCLOSURE AND DISCOVERY DATES

2.

Case No.  1:14-cv-02049-SKO

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 14) be modified as follows:

Expert witness disclosure deadline is extended to June 30, 2016;

Rebuttal expert witness disclosure is extended to July 5, 2016; and

Expert witness discovery is extended to July 29, 2016.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                                            /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIP. AND ORDER RE MODIFICATION OF EXPERT DISCLOSURE AND DISCOVERY DATES

3.

Case No. 1:14-cv-02049-SKO