LITTLER MENDELSON, P.C.
BREN K. THOMAS, Bar No. 156226
ALLISON K. PIERCE, Bar No. 252049
5200 North Palm Ave., Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525
bkthomas@littler.com
apierce@littler.com

Attorneys for Defendant
ASTRAZENECA LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KATHERINE COZAD, an individual, residing in California,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA LP, a Delaware Limited Partnership, registered to do business in California; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:14-cv-02049---SKO<br><br>**ASTRAZENECA, LP'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE; ORDER THEREON** |

Defendant ASTRAZENECA, LP ("Defendant"), through its counsel of record, respectfully requests a telephonic appearance for the Settlement Conference scheduled for June 14, 2016 at 10:00 a.m. before this Court.

Good cause exists for granting this request because Defendant is located in Delaware. Defendant previously traveled to California to personally attend private mediation in this matter. Defendant would incur substantial costs to travel to and from the Settlement Conference.

/ / /

Defendant's counsel will be personally present in Court for the Settlement Conference, and Defendant agrees to be fully available by telephone during the entirety of the Settlement Conference.

Dated: May 20, 2016                              LITTLER MENDELSON, P.C.


By:/s/
   BREN K. THOMAS
   ALLISON K. PIERCE
   Attorneys for Defendant
   ASTRAZENECA LP

## ORDER

Defendant's Request for Telephonic Appearance at the Settlement Conference scheduled for June 14, 2016 at 10:00 a.m. is GRANTED.

IT IS SO ORDERED.

Dated:   **May 23, 2016**

UNITED STATES MAGISTRATE JUDGE