**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**JOSEPH V. MACIAS 273168**
**SUTTON HAGUE LAW CORPORATION**
6715 N. Palm Avenue, Suite 216
Fresno, California  93704
Telephone:  (559) 325-0500

Attorneys for Plaintiff:
KATHERINE COZAD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE COZAD, an individual, residing in California, | Case No.  1:14-cv-02049-SKO |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXPERT DISCOVERY DEADLINE** |
| v. | |
| ASTRAZENECA LP, a Delaware Limited Partnership, registered to do business in California, and DOES 1 through 50, inclusive, | Judge:      Hon. Sheila K. Oberto |
| | Trial Date: October 25, 2016 |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff KATHERINE COZAD ("Plaintiff") and Defendant ASTRAZENECA LP ("Defendant"), through their respective counsel, that the Expert Discovery Deadline set in this case be continued from July 29, 2016 to August 31, 2016 for the limited purposes of: 1) Plaintiff conducting a deposition of Defendant's expert, Dr. Jeffrey Gould, M.D., and requesting a copy of Dr. Gould's expert report under Federal Rule of Civil Procedure 35(b), 2) Defendant conducting a deposition of Plaintiff's expert, Leesa Allen, and 3) Defendant conducting a deposition of Plaintiff's expert, Kathryn M. Quinn-Crask. This stipulation should not be construed to limit any party's right under Federal Rule of Civil Procedure 45(a)(1)(C) to include a command to produce documents in a subpoena commanding any of the aforementioned deponents' attendance at a deposition.

1  **IT IS FURTHER STIPULATED** that good cause exists for the continuance of this
2  deadline as both parties have been diligently engaged in discovery and, due to the limited
3  availability on the schedules of the expert witnesses, the parties require additional time to
4  complete expert depositions.

6  DATED: July 27, 2016                    SUTTON HAGUE LAW CORPORATION, P.C.

8                                          By   /s/S. Brett Sutton
                                                S. BRETT SUTTON
9                                               Attorneys for Plaintiff
                                                KATHERINE COZAD

11 DATED: July 27, 2016                    LITTLER MENDELSON, P.C.

13                                         By   /s/Andrew Woo
                                                BREN K. THOMAS
14                                              ALLISON K. PIERCE
                                                ANDREW WOO
15                                              Attorneys for Defendant
                                                ASTRAZENECA LP

**ORDER**

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's May 13, 2016, Order Regarding Modification of Expert Disclosure and Discovery Dates (Doc. 21) be amended as follows:

Expert witness discovery is extended to August 31, 2016 for the limited purposes of:

1. Plaintiff conducting a deposition of Defendant's expert, Dr. Jeffrey Gould, M.D., and requesting a copy of Dr. Gould's expert report under Federal Rule of Civil Procedure 35(b);

2. Defendant conducting a deposition of Plaintiff's expert, Leesa Allen; and

3. Defendant conducting a deposition of Kathryn M. Quinn-Crask.

This modification does not change any other existing scheduling deadline, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:  **July 28, 2016**                                 /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE