# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE COZAD, | Case No. 1:14-cv-02049-SKO |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| ASTRAZENECA LP, | |
| Defendant. | |

On November 7, 2016, the parties filed a Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) (the "Stipulation"). (Doc. 79.) The Stipulation is signed by counsel for all of the parties in this action. (*See id.*) Accordingly, the Court DISMISSES this action and DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **November 8, 2016**          /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE